AO 240 (Rev. 6/86; Mod. 03/98) Application to Proceed

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

RONALD H. KEAL AND
DEBORAH A. KEAL
Plaintiff

vs.

Deputy Kevin David Fries, Pierce County Sheriff's Department, City of Tacoma, Pinnacle Realty Any And/Or All municipalities in Individual And Official Capacity Et, Al, soq.
Defendant(s)

FILED _____ LODGED
_____ RECEIVED
MAY 18 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NO. 3:10-CV-05352-RJB

A

**DECLARATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER BRINGING A CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983***

I, RONALD H. KEAL AND DEBORAH A. KEAL, declare I am the plaintiff in the above-entitled proceeding; in support of my request to proceed under 28 U.S.C. § 1915, I declare I am unable to pay the full filing fee or give security for it; and I am entitled to relief. The nature of my action is *briefly* stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☐ Yes   ☑ No (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration. _____

**Attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your salary, wages or gratuity per month, and identify your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your salary or wages (net and gross) and pay period, and the name and address of your last employer.

*****ONLY** USE THIS FORM IF YOU ARE BRINGING A CIVIL RIGHTS ACTION. DO **NOT** USE THIS FORM IF YOU ARE BRINGING A PETITION FOR WRIT OF HABEAS CORPUS.

1

3. In the past twelve months have you received any money from any of the following sources?

|   | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☑ Yes | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other sources | ☐ Yes | ☑ No |

If the answer to any of the above is "Yes," describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.
I Am on Social Security income $606.00 A month

4. Do you have any cash or do you have any money in a checking or savings account?
(Do not include your prison account funds.)

   ☐ Yes     ☑ No

   State the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?      ☑ Yes     ☐ No

   If "Yes" describe the property and state its value. 88" Transam (Not working)

6. Do you have any other assets?     ☐ Yes     ☑ No

   If "Yes" list the asset(s) and state the value of each asset listed.


7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Ø

   I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: 5/17/10                               _____
              DATE                                   SIGNATURE OF APPLICANT

```
                                        ┌─────────────────────────┐
                                        │ ____ FILED ____ LODGED  │
                                        │ ____ RECEIVED           │
                                        │                         │
                                        │      MAY 18 2010        │
                                        │                         │
                                        │   CLERK U.S. DISTRICT COURT │
                                        │ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
                                        │   BY                 DEPUTY │
                                        └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

3:10-CV-5352 RJB

Plaintiff,

v.

WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR 3(b)

Defendant(s).

I, _____, hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

DATED this _18th_ day of _MAY_, 2010

_____
Signature of Plaintiff