1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD H. KEAL and DEBORAH A. KEAL,<br><br>                Plaintiffs,<br><br>     v.<br><br>,<br>DEPUTY KEVIN DAVID FRIES, PIERCE COUNTY SHERIFF'S DEPARTMENT, CITY OF TACOMA, PINNACLE REALTY AND ANY/OR AL MUNICIPALITIES IN INDIVIDUAL AND OFFICIAL CAPACITY, et al.,<br>                Defendants. | Case No. C10-5352RJB<br><br>ORDER DISMISSING CASE |

      This matter comes before the court on the court's order that plaintiffs pay the filing fee for this case. Dkt. 2. The court has considered the relevant documents and the file herein.

      On May 18, 2010, a civil complaint was filed, with Ronald H. Keal and Deborah A. Keal listed as plaintiffs. Dkt. 1-2. On June 7, 2010, the court issued an order denying plaintiffs' motion to proceed in forma pauperis and ordering plaintiffs to pay the filing fee not later than July 7, 2010. Dkt. 2. Plaintiffs were informed that, if they did not pay the filing fee by July 7, 2010, the court would dismiss this case. Dkt. 2. Plaintiffs did not pay the filing fee by July 7, 2010. Accordingly, this case should be dismissed.

ORDER
Page - 1

1   Therefore, it is hereby

2   **ORDERED** that this case is **DISMISSED**.

3   The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
4   party appearing *pro se* at said party's last known address.

5   DATED this 8th day of July, 2010.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge